**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: William A. Stajduhar                                      CHAPTER 13
             Debtor(s)

BKY. NO. 18-22002 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) and index same on the master mailing list.

    Respectfully submitted,

    **/s/James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    jwarmbrodt@kmllawgroup.com