**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22002-JAD |
| | : | |
| **William A Stajduhar,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **William A Stajduhar,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 79 |
| | : | |
| vs. | : | |
| | : | |
| **United Parcel Service Inc.,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>May 22, 2023</u>     By: /s/ Kristen N. Dennis
　　　　　　　　　　　　　　　　　　　Kristen N. Dennis, PARALEGAL
　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**UNITED PARCEL SERVICE INC**
**55 GLENLAKE PARKWAY NE**
**ATLANTA GA 30328**