**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | William A. Stajduhar |
| **Debtor 2**<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: <u>Western</u>    District of    <u>Pennsylvania</u><br>(State) | |
| **Case number**    18-22002-JCM | |

## Form 4100R

# Interim Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of Creditor:**    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for GS Mortgage-Backed Securities Trust 2022-RPL2

Court claim no. (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:  <u>XXXXXX6464</u>

**Property address:**    <u>150 Maple Street</u>
Number        Street

<u>Canonsburg, PA 15317</u>
City        State        ZIP Code

## Part 2:    Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:        $_____

## Part 3:    Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:    <u>10/05/2023</u>
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 0.00 |
| c. | **Total.**  Add lines a and b | (c) $ | 0.00 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                    _____
MM/DD/YYYY

| Debtor 1 | **William A. Stajduhar** | Case number 18-22002-JCM |
|---|---|---|
| | First Name    Middle Name    Last Name | |

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗**  /s/Dane  Exnowski
Signature

Date    07/17/2023

Print    Dane  Exnowski
First Name        Middle Name        Last Name

Title    Authorized Agent for the Creditor

Company    McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1544 Old Alabama Road
Number        Street

Roswell, GA 30076
City        State        Zip Code

Contact phone    562-661-5060

Email    Dane.Exnowski@mccalla.com

---

|  |  |  |
|---|---|---|
| | Bankruptcy Case No.: | 18-22002-JCM |
| In Re:    William A. Stajduhar | Chapter: | 13 |
| | Judge: | John C Melaragno |

## CERTIFICATE OF SERVICE

I, Dane  Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Interim Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

William A. Stajduhar
150 Maple Street
Canonsburg, PA 15317

Daniel P. Foster                              *(served via ECF Notification)*
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour, Trustee            *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee      *(served via ECF Notification)*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

        I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:    07/17/2023      By:    */s/Dane  Exnowski*
                      (date)                      Dane  Exnowski,
                                                         Authorized Agent for the Creditor