**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William A. Stajduhar**<br>*Debtor(s)* | : | Case No. 18−22002−JCM<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 87<br><br>Hearing Date: 9/26/23 at 03:00 PM |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

*AND NOW,* this *The 26th of July, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 87 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before September 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 26, 2023 at 03:00 PM* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22002-JCM |
| William A. Stajduhar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William A. Stajduhar, 150 Maple Street, Canonsburg, PA 15317-1401 |
| cr | + | Capital Services LVNV FUNDING, LLC its successors, PO BOX 10587, Greenville, SC 29603-0587 |
| 14868316 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 15483654 | | GS Mortgage-Backed Securities Trust, et al., Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 15455789 | | MTGLQ Investors, L.P., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al..., 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 08:26:00 | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue Suite 100, Boca Raton, FL 33487-2853 |
| 14833634 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 27 2023 08:27:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 14833635 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:52 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14833644 | | Email/Text: cfcbackoffice@contfinco.com | Jul 27 2023 08:27:00 | Tbom / Contfin, PO Box 8099, Newark, DE 19714 |
| 14833636 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 08:28:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14833637 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Capital Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14833638 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 08:56:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14849774 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2023 08:27:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14833639 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2023 08:27:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14883887 | + | Email/Text: gbechakas@outlook.com | Jul 27 2023 08:27:00 | Intercoastal Financial, LLC, 7954 Transit Road, #144, Williamsville, NY 14221-4117 |
| 14883956 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:37 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15471197 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2023 08:27:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

Case 18-22002-JCM  Doc 89  Filed 07/28/23  Entered 07/29/23 00:28:43  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0826 |
| 14833640 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 08:56:45 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14833641 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | Nationstar / Mr. Cooper, 350 Highland Drive, Lewisville, TX 75067-4177 |
| 14834263 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878323 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 08:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14833642 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 08:29:00 | Select Portfolio Servicing, 10401 Deerwood Park Boulevard, Jacksonville, FL 32256-0505 |
| 14833643 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:48 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14862289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | The Bank of New York Mellon, et al..., c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15304726 | ^ | MEBN | Jul 27 2023 08:12:25 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14886519 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 08:29:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GS Mortgage-Backed Securities Trust 202 2-RPL2 |
| cr | | MTGLQ Investors, L.P. |
| cr | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv |
| cr | | Select Portfolio Servicing, Inc. |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Assocation, not in its in |
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2023        Signature:        /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor William A. Stajduhar dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Plaintiff William A. Stajduhar dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kevin M Buttery | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CWABS  INC. ASSET-BACKED CERTIFICATES, SERIES 2004-BC1 kbuttery@rascrane.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9