**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM A STAJDUHAR<br><br>          Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>          Movant<br>          vs.<br>No Respondents. | Case No.:18-22002<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/16/2018 and confirmed on 8/23/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,687.13 |
| Less Refunds to Debtor | 2,512.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,174.63 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,544.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,044.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GS MORTGAGE-BACKED SECURITIES TR | 0.00 | 39,058.98 | 0.00 | 39,058.98 |
|     Acct: 6464 | | | | |
|   GS MORTGAGE-BACKED SECURITIES TR | 7,395.41 | 7,395.41 | 0.00 | 7,395.41 |
|     Acct: 6464 | | | | |
|   AFFINITY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7527 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 16,975.00 | 16,975.00 | 1,822.16 | 18,797.16 |
|     Acct: 5030 | | | | |
| | | | | 65,251.55 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A STAJDUHAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A STAJDUHAR | 1,148.40 | 1,148.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A STAJDUHAR | 866.07 | 866.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A STAJDUHAR | 498.03 | 498.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BETHANY KUBENA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 16,572.45 | 1,734.64 | 0.00 | 1,734.64 |
|     Acct: 4221 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4231 | | | | |
|   COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |

18-22002                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1524 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2073 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,497.11 | 261.37 | 0.00 | 261.37 |
| Acct: 4831 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8961 | | | | |
| QUANTUM3 GROUP LLC AGNT-CREDIT C | 2,911.92 | 304.79 | 0.00 | 304.79 |
| Acct: 5859 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 4,641.13 | 485.79 | 0.00 | 485.79 |
| Acct: 5030 | | | | |
| INTERCOASTAL FINANCIAL LLC | 883.06 | 92.43 | 0.00 | 92.43 |
| Acct: 8770 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5959 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3451 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4221 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5859 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,879.02 |
| TOTAL PAID TO CREDITORS | | | | 68,130.57 |

TOTAL CLAIMED
PRIORITY             0.00
SECURED         24,370.41
UNSECURED       27,505.67

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM A STAJDUHAR

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:18-22002

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-22002-JCM
William A. Stajduhar Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jul 26, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William A. Stajduhar, 150 Maple Street, Canonsburg, PA 15317-1401 |
| cr | + | Capital Services LVNV FUNDING, LLC its successors, PO BOX 10587, Greenville, SC 29603-0587 |
| 14868316 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 15483654 | | GS Mortgage-Backed Securities Trust, et al., Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 15455789 | | MTGLQ Investors, L.P., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al..., 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 08:26:00 | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue Suite 100, Boca Raton, FL 33487-2853 |
| 14833634 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 27 2023 08:27:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 14833635 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:52 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14833644 | | Email/Text: cfcbackoffice@contfinco.com | Jul 27 2023 08:27:00 | Tbom / Contfin, PO Box 8099, Newark, DE 19714 |
| 14833636 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 08:28:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14833637 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Capital Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14833638 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 08:56:33 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14849774 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2023 08:27:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14833639 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2023 08:27:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14883887 | + | Email/Text: gbechakas@outlook.com | Jul 27 2023 08:27:00 | Intercoastal Financial, LLC, 7954 Transit Road, #144, Williamsville, NY 14221-4117 |
| 14883956 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:33 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15471197 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2023 08:27:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0826 |
| 14833640 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 08:56:33 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14833641 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | Nationstar / Mr. Cooper, 350 Highland Drive, Lewisville, TX 75067-4177 |
| 14834263 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878323 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 08:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14833642 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 08:29:00 | Select Portfolio Servicing, 10401 Deerwood Park Boulevard, Jacksonville, FL 32256-0505 |
| 14833643 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:32 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14862289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 08:27:00 | The Bank of New York Mellon, et al..., c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15304726 | ^ | MEBN | Jul 27 2023 08:12:24 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14886519 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 08:29:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GS Mortgage-Backed Securities Trust 202 2-RPL2 |
| cr | | MTGLQ Investors, L.P. |
| cr | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv |
| cr | | Select Portfolio Servicing, Inc. |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Assocation, not in its in |
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 28, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor William A. Stajduhar dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Plaintiff William A. Stajduhar dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kevin M Buttery | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CWABS  INC. ASSET-BACKED CERTIFICATES, SERIES 2004-BC1 kbuttery@rascrane.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, logsecf@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9